# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

JUSTIN ANTHONY SHUTES
ADC #151537                                                         PLAINTIFF

v.                        No. 4:25-cv-1195-DPM-ERE

FLORIDA WASHINGTON, Classification
Manager, VSM, Arkansas Department of
Correction;  MAURICE CULCLAGER,
Deputy Warden, VSM, Arkansas
Department of Correction;  JARED
BYERS, Superintendent, VSM, Arkansas
Department of Correction;  and DEXTER
PAYNE, Chief Director, Arkansas
Department of Correction                                        DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 10*, and overrules Shutes's objections, *Doc. 14*. Fed. R. Civ. P. 72(b)(3). Shutes's due process claim against Washington proceeds. His remaining claims are dismissed without prejudice based on improper joinder and for failure to state a plausible constitutional claim. The Court instructs the Clerk to terminate Warden Culclager, Superintendent Byers, and Director Payne as defendants.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
10 March 2026