IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN ANTHONY SHUTES
ADC #151537 PLAINTIFF

v. No. 4:25-cv-1195-DPM

FLORIA WASHINGTON DEFENDANT

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 29*, and overrules Shutes's objections, *Doc. 30 & 31*. Fed. R. Civ. P. 72(b)(3). Shutes attaches a grievance form that mentions Washington and classification reviews. *Doc. 30 at 3*. But he doesn't have proof that he completed the grievance process for that form, and it doesn't have a grievance number showing he filed it as a formal grievance. Washington's motion for summary judgment, *Doc. 24*, is granted. Shutes's claims against her are dismissed without prejudice for failure to exhaust.

So Ordered.

DPMarshall Jr.
D.P. Marshall Jr.
United States District Judge

2 October 2026