IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JUSTIN ANTHONY SHUTES
ADC #151537 PLAINTIFF

v. No. 4:25-cv-1195-DPM

FLORIA WASHINGTON, Classification Manager, VSM, Arkansas Department of Correction; MAURICE CULCLAGER, Deputy Warden, VSM, Arkansas Department of Correction; JARED BYERS, Superintendent, VSM, Arkansas Department of Correction; and DEXTER PAYNE, Chief Director, Arkansas Department of Correction DEFENDANTS

# JUDGMENT

Shutes's claims are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

2 October 2026